1  **LYNCH CARPENTER LLP**
   Todd D. Carpenter (SBN 234464)
2  todd@lcllp.com
   Scott G. Braden (SBN 305051)
3  scott@lcllp.com
   1234 Camino del Mar
4  Del Mar, California 92014
   Telephone: 619.762.1910
5  Facsimile:  619.756.6991

6  *Attorneys for Plaintiff and
   Proposed Class Counsel*
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | TRISHA TEPERSON, on behalf of herself and all others similarly situated, | )<br>)  Case No. 8:23-cv-00281
12 |                                                                          | )
   |                                   Plaintiff,                             | )  **NOTICE OF SETTLEMENT AND**
13 |                                                                          | )  **JOINT STIPULATION CONTINUING**
   |                                                                          | )  **SCHEDULING CONFERENCE**
14 |         v.                                                                | )
15 |                                                                          | )
   | NOGIN, INC., a Delaware Corporation, and DOES 1 – 50, inclusive,          | )
16 |                                                                          | )
17 |                                   Defendant.                             | )
18
19
20

Plaintiff Trisha Teperson, on behalf of herself and all others similarly situated ("Plaintiff") and Defendant Nogin, Inc. ("Defendant" and, together with Plaintiff, the "Parties") by and through their respective undersigned counsel, hereby submit the following Notice of Settlement and Joint Stipulation to the Scheduling Conference, and declare as follows:

**WHEREAS**, on April 28, 2023, the Court scheduled a Scheduling Conference in this matter for June 5, 2023, which was ultimately continued to September 11, 2023;

**WHEREAS**, the Parties engaged in mediation on September 5, 2023, to pursue the resolution of all issues in dispute in this case, and reached a settlement in principle;

**WHEREAS**, the Parties are in the process of memorializing the settlement terms and finalizing the settlement agreement, which the Parties expect will result in the dismissal of Teperson's claims within the next two months;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties, subject to Court approval, as follows:

1. The current Scheduling Conference scheduled for September 11, 2023, is vacated and continued to November 13, 2023, or a date soon after at the Court's convenience;

2. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint.

DATED: September 6, 2023                Respectfully submitted,

                                                  **LYNCH CARPENTER LLP**

                                                  */s/ Todd D. Carpenter*
                                                  Todd D. Carpenter (CA 234464)
                                                  todd@lcllp.com
                                                  Scott G. Braden (SBN 305051)
                                                  scott@lcllp.com
                                                  1234 Camino del Mar

Del Mar, California 92014
Telephone: (619) 762-1910
Facsimile: (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*

DATED: September 6, 2023

/s/ Michael Bassiri
Michael Bassiri
mb@bassirilaw.com
1775 Flight Way, Ste 400
Tustin, CA 92782
Telephone: (949) 222-020

*Attorney for Defendant*

**Attestation of Concurrence of Signatories**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: September 6, 2023                    **LYNCH CARPENTER LLP**

By: /s/ *Todd D. Carpenter*
    Todd D. Carpenter (SBN 234464)
    todd@lcllp.com
    Scott G. Braden (SBN 305051)
    scott@lcllp.com
    1234 Camino del Mar
    Del Mar, California 92014
    Telephone: 619.762.1910
    Facsimile: 619.756.6991
    *Attorneys for Plaintiff and
    Proposed Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Todd D. Carpenter; todd@lcllp.com

    Michael Bassiri; mbassiri@nogin.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user: NONE.

Dated: September 6, 2023            /s/ *Todd D. Carpenter*
                                            Todd D. Carpenter